**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

Attorneys for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MARATHON DIGITAL HOLDINGS DERIVATIVE LITIGATION | Lead Case No: 2:23-cv-01055-RFB-BNW |
| This Document Relates to:<br>ALL ACTIONS | **JOINT STATUS REPORT** |

Pursuant to this Court's April 16, 2024 Order, the parties propose the filing of Plaintiffs' Consolidated Complaint within 45 days, on or before June 25, 2024, and the filing of motions to dismiss, answers, and/or other responses 45 days later, on or before August 9, 2024.

Dated: May 16, 2024            **FLANGAS LAW GROUP**

                              */s/Kimberly P. Stein*
                              KIMBERLY P. STEIN
                              Nevada Bar No. 8675
                              E-mail: kps@fdlawlv.com
                              3275 South Jones Blvd., Suite 105
                              Las Vegas, Nevada 89146

1

Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES, LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
STEPHEN A. RADIN (*Admitted Pro Hac Vice*)
New York Bar No. 1901727
Email: stephen.radin@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

Attorneys for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.

Dated: May 16, 2024                **LEVERTY & ASSOCIATED LAW CHTD.**

*/s/Patrick R. Leverty*
PATRICK R. LEVERTY
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. (775) 322.6636
Fax. (775) 322.3953
Email: pat@levertylaw.com

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Tel. 516.922.5427
Fax. 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

2

**ORDER**

IT IS SO ORDERED.  Plaintiffs shall file their Consolidated Complaint within 45 days, on or before June 25, 2024.  The filing of motions to dismiss, answers, and/or other responses shall be 45 days later, on or before August 9, 2024.



UNITED STATES DISTRICT JUDGE

**DATED**: May 21, 2024.

3

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on May 16, 2024, that I electronically filed the above and foregoing document entitled **JOINT STATUS REPORT** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

/s/*Andi Hughes*
An employee of Flangas Law Group