**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
STEPHEN A. RADIN (*Admitted Pro Hac Vice*)
New York Bar No. 1901727
Email: stephen.radin@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

*Attorneys for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MARATHON DIGITAL HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:23-cv-01055-RFB-BNW |
| This Document Relates to: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE** |

Pursuant to this Court's May 21, 2024 Order (ECF No. 47), Plaintiffs filed their Consolidated Complaint on June 25, 2024 (ECF No. 48), and Defendants filed their motion to dismiss Plaintiffs' Consolidated Complaint on August 9, 2024 (ECF No. 50). The Parties have discussed scheduling and other business commitments and vacation schedules and stipulate and

1  agree as follows: Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before
2  October 8, 2024, and Defendants shall file their reply in support of their motion to dismiss on or
3  before November 7, 2024. This schedule is not intended to cause any delay in this matter.
4  Dated: August 12, 2024

**LEVERTY & ASSOCIATED LAW CHTD.**
*/s/Patrick R. Leverty*
Patrick R. Leverty
Reno Gould House
832 Willow Street
Reno, NV 89502
Tel. 775.322.6636
Fax. 775.322.3953
Email: pat@levertylaw.com

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Tel. 516.922.5427
Fax. 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiffs*

**FLANGAS LAW GROUP**
*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES, LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
STEPHEN A. RADIN (*Admitted Pro Hac Vice*)
New York Bar No. 1901727
Email: stephen.radin@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448

2

Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

*Counsel for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.*

**ORDER**

    IT IS SO ORDERED.  Plaintiffs shall file their response to Defendants' motion to dismiss on or before October 8, 2024. Defendants shall file their reply in support of their motion to dismiss on or before November 7, 2024.



    **UNITED STATES DISTRICT COURT JUDGE**

    **DATED**: August 13, 2024.