**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
STEPHEN A. RADIN (*Admitted Pro Hac Vice*)
New York Bar No. 1901727
Email: stephen.radin@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8770

*Attorneys for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MARATHON DIGITAL HOLDINGS DERIVATIVE LITIGATION | Lead Case No: 2:23-cv-01055-RFB-BNW |
| This Document Relates to:<br>ALL ACTIONS | **DISCOVERY REPORT STIPULATION AND [PROPOSED] ORDER** |

Pursuant to this Court's May 21, 2024 Order (ECF No. 47), Plaintiffs filed their Consolidated Complaint on June 25, 2024 (ECF No. 48), and Defendants filed their motion to dismiss Plaintiffs' Consolidated Complaint on August 9, 2024 (ECF No. 50).

In light of the pendency of this motion, the parties have discussed this Court's minute order dated June 26, 2024, directing the parties to file the parties' Discovery Plan and Scheduling Order on or before September 23, 2024.

1

This is a federal securities law action, asserting claims under Section 14(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78n(a)(1), and Sections 10(b) and 21D of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78u-4(f). Under the Private Securities Litigation Reform Act of 1995:

> In any private action arising under this chapter, all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party.

15 U.S.C. § 78u-4(b)(3)(B).

This Private Securities Litigation Reform Act of 1995 provision "mandate[s] a stay of discovery during the pendency of a summary judgment or dismissal motion." *Cowen v. U.S. Dist. Ct. for the N.D. Cal.*, 189 F.3d 909, 911 (9th Cir. 1999). "[T]his provision 'clearly contemplates' that discovery should be permitted only after the court has sustained the legal sufficiency of the complaint." *Sokolowski v. Adelson*, 2014 WL 1777996, at *1 (D. Nev. May 2, 2014) (quoting *Cowen*, 189 F.3d at 912). "[T]he plain language of the stay provision clearly encompasses any action that asserts claims under the 1934 Securities Exchange Act." *Id.* at 3.

The parties accordingly agree that the September 23, 2023 deadline for the parties' Discovery Plan and Scheduling Order should be extended until 30 days following a decision on the motion to dismiss Plaintiffs' Consolidated Complaint on August 9, 2024 (ECF No. 50).

Dated: August 12, 2024

        **LEVERTY & ASSOCIATED LAW CHTD.**
        */s/Patrick R. Leverty*
        Patrick R. Leverty
        Reno Gould House
        832 Willow Street
        Reno, NV 89502
        Tel. 775.322.6636
        Fax. 775.322.3953
        Email: pat@levertylaw.com

Timothy Brown
THE BROWN LAW FIRM, P.C.
767 Third Avenue, Suite 2501
New York, NY 10017
Tel. 516.922.5427
Fax. 516.344.6204
Email: tbrown@thebrownlawfirm.net

*Attorneys for Plaintiffs*

**FLANGAS LAW GROUP**

*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**WEIL, GOTSHAL & MANGES, LLP**
JONATHAN D. POLKES (*Admitted Pro Hac Vice*)
New York Bar No. 2015527
Email: jonathan.polkes@weil.com
STEPHEN A. RADIN (*Admitted Pro Hac Vice*)
New York Bar No. 1901727
Email: stephen.radin@weil.com
CAROLINE HICKEY ZALKA (*Admitted Pro Hac Vice*)
New York Bar No. 4263448
Email: caroline.zalka@weil.com
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000

*Attorneys for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Fred Thiel, and Nominal Defendant Marathon Digital Holdings Inc.*

WEIL:\99924094\1\61707.0014

## ORDER

IT IS SO ORDERED. The September 23, 2023 deadline for the parties' Discovery Plan and Scheduling Order is extended until 30 days following a decision on the motion to dismiss Plaintiffs' Consolidated Complaint, filed on August 9, 2024 (ECF No. 50).

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED**: 8/14/2024

WEIL:\99924094\1\61707.0014