**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (*Pro Hac Pending*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Pro Hac Pending*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Pro Hac Pending*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

MATTHEW D. STACHEL (*Pro Hac Pending*)
Delaware Bar No. 5419
Email: mstachel@paulweiss.com
1313 North Market Street, Suite 806
Wilmington, DE 19801-0032
Telephone: (302) 655-4410

*Attorneys for Defendants*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MARATHON DIGITAL HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:23-cv-01055-RFB-BNW |
| This Document Relates to:<br>     ALL ACTIONS | **STIPULATION REQUESTING EXTENSION OF TIME AND [PROPOSED] ORDER SETTING SCHEDULE** |

**WHEREAS**, on August 9, 2024, Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, and Frederick G. Thiel, and Nominal Defendant MARA Holdings Inc., f/k/a Marathon Digital Holdings, Inc., filed a Motion to Dismiss the Verified Consolidated Amended Shareholder Derivative Complaint (the "Amended Complaint") filed by Plaintiffs Steve Hood, Gary Konigsberg, and Dennis Jaffee ("Plaintiffs") (ECF No. 50), which was fully submitted as of November 7, 2024;

**WHEREAS**, on February 20, 2025, this Court held oral argument on Defendants' Motion to Dismiss the Amended Complaint and granted the Motion to Dismiss without prejudice and with leave to amend (ECF No. 65);

**WHEREAS**, on March 21, 2025, Plaintiffs filed a Second Verified Consolidated Amended Shareholder Derivative Complaint (the "Second Amended Complaint") (ECF No. 68); and

**WHEREAS**, counsel for Defendants and Plaintiffs have conferred and agreed to a briefing schedule for Defendants' forthcoming Motion to Dismiss the Second Amended Complaint;

**WHEREAS**, the parties request an extension of time to file Defendants' Motion to Dismiss the Second Amended Complaint, Plaintiffs' opposition brief, and Defendants' reply brief;

**WHEREAS**, pursuant to LR IA 6-1(a), this is the first stipulation for extensions of time to file Defendants' Motion to Dismiss the Second Amended Complaint, Plaintiffs' opposition brief, and Defendants' reply brief;

**WHEREAS**, pursuant to LR IA 6-1(a), the extensions of time requested by the parties are intended to provide Defendants with the necessary time required to analyze the 114-page, 337-paragraph Second Amended Complaint, accommodate the recent change in Defendants' counsel, accommodate commitments, including long-planned vacations, of counsel, and to establish a briefing schedule that the parties agree is fair and reasonable;

**WHEREAS**, the proposed schedule is not proposed for any improper purpose nor is it intended to cause any undue delay in consideration of the Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, by and among undersigned counsel, that Defendants shall file their Motion to Dismiss the Second Amended Complaint on or before May 20, 2025; Plaintiffs shall file their opposition brief on or before July 21, 2025; and Defendants shall file their reply brief on or before August 20, 2025.

Dated: April 2, 2025

**FLANGAS LAW GROUP**
*/s/Kimberly P. Stein*
KIMBERLY P. STEIN
Nevada Bar No. 8675
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
ANDREW J. EHRLICH (*Pro Hac Pending*)
New York Bar No. 4103909
Email: aehrlich@paulweiss.com
DANIEL S. SINNREICH (*Pro Hac Pending*)
New York Bar No. 5192497
Email: dsinnreich@paulweiss.com
KEVIN P. MADDEN (*Pro Hac Pending*)
New York Bar No. 5990049
Email: kmadden@paulweiss.com
1285 Avenue of the Americas

|   |   |
|---|---|
| 1 | New York, NY 10019-6064 |
| 2 | Telephone: (212) 373-3000 |

MATTHEW D. STACHEL (*Pro Hac Pending*)
Delaware Bar No. 5419
Email: mstachel@paulweiss.com
1313 North Market Street, Suite 806
Wilmington, DE 19801-0032
Telephone: (302) 655-4410

*Attorneys for Defendants*

Dated: April 2, 2025

**LEVERTY & ASSOCIATES LAW, CHTD.**
*/s/Patrick R. Leverty*
Patrick. R. Leverty, Esq., NV Bar No. 8840
pat@levertylaw.com
William R. Ginn, Esq., NV Bar No. 6989
bill@levertylaw.com
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
Saadia Hashmi (*Admitted Pro Hac Vice*)
767 Third Avenue, Suite 2501
New York, NY 10017
Tel.: (516) 922-5427
Fax. 516.344.6204
Email: tbrown@thebrownlawfirm.net
shashmi@thebrownlawfirm.net

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue 40th Floor
New York, NY 10016
Tel.: (212) 686-1060
Email: pkim@rosenlegal.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED. Defendants' shall file their Motion to Dismiss Plaintiffs' Second Amended Complaint on or before May 20, 2025; Plaintiffs shall file their opposition brief on or before July 21, 2025; and Defendants shall file their reply brief on or before August 20, 2025.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED**:

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on April 2, 2025, that I electronically filed the above and foregoing document entitled **STIPULATION REQUESTING EXTENSION OF TIME AND [PROPOSED] ORDER SETTING SCHEDULE** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

                               /s/*Ronnielyn Abrera*
                               An employee of Flangas Law Group