1  **FLANGAS LAW GROUP**
   KIMBERLY P. STEIN
2  Nevada Bar No. 8675
   Email: kps@fdlawlv.com
3  3275 South Jones Boulevard, Suite 105
   Las Vegas, NV 89146
4  Telephone: (702) 307-9500

5
   **PAUL, WEISS, RIFKIND, WHARTON &**
6    **GARRISON LLP**
   ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
7  New York Bar No. 4103909
   Email: aehrlich@paulweiss.com
8  DANIEL S. SINNREICH (*Admitted Pro Hac Vice*)
   New York Bar No. 5192497
9  Email: dsinnreich@paulweiss.com
   KEVIN P. MADDEN (*Admitted Pro Hac Vice*)
10 New York Bar No. 5990049
   Email: kmadden@paulweiss.com
11 1285 Avenue of the Americas
   New York, NY 10019-6064
12 Telephone: (212) 373-3000

13
   MATTHEW D. STACHEL (*Admitted Pro Hac Vice*)
14 Delaware Bar No. 5419
   Email: mstachel@paulweiss.com
15 1313 North Market Street, Suite 806
   Wilmington, DE 19801-0032
16 Telephone: (302) 655-4410

17
   *Attorneys for Defendants*
18

19

20

21                       **UNITED STATES DISTRICT COURT**

22                              **DISTRICT OF NEVADA**

23

24 | IN RE MARATHON DIGITAL HOLDINGS | Lead Case No: 2:23-cv-01055-RFB-BNW
   | DERIVATIVE LITIGATION |
25 |  |
   | This Document Relates to: | **DECLARATION OF KIMBERLY P.**
26 |    ALL ACTIONS | **STEIN IN SUPPORT OF**
   |  | **DEFENDANTS' MOTION TO DISMISS**
27

28

I, Kimberly P. Stein, declare as follows, under the penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a resident of the State of Nevada, and partner of the firm Flangas Law Group, counsel for Defendants Georges Antoun, Kevin A. DeNuccio, Hugh Gallagher, Sarita James, Jay Leupp, Doug Mellinger, Merrick Okamoto, Said Ouissal, Simeon Salzman, Fred Thiel, and Nominal Defendant MARA Holdings, Inc., f/k/a Marathon Digital Holdings, Inc. ("Marathon"), in the above-captioned matter.

2. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Verified Consolidated Amended Shareholder Derivative Complaint.

3. Attached as Exhibit A is an excerpt of the proxy statement of Marathon, filed publicly with the SEC on April 30, 2025.

4. Attached as Exhibit B is Marathon's Articles of Incorporation, filed publicly with the SEC on March 16, 2023 as Exhibit No. 3.1 to Marathon's fiscal year 2022 Form 10-K.

5. Attached as Exhibit C is a redline comparing Plaintiffs' First Amended Complaint ("FAC), ECF No. 48, to Plaintiffs' Second Amended Complaint ("SAC"), ECF No. 68, showing the changes between the FAC and SAC.

6. Attached as Exhibit D is an excerpt of Marathon's fiscal year 2022 Form 10-K, filed publicly with the SEC on March 16, 2023, and cited at paragraph 212 of the SAC.

7. Attached as Exhibit E is an excerpt of a proxy statement for Riot Platforms, Inc., filed publicly with the SEC on May 1, 2023.

8. Attached as Exhibit F is an excerpt of the fiscal year 2023 Form 10-K for Core Scientific, Inc., filed publicly with the SEC on March 13, 2024.

/ / /

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct based upon my knowledge, information and belief.
3  Executed on:  May 20, 2025

                                              /s/Kimberly P. Stein
                                              Kimberly P. Stein

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on May 20, 2025, that I electronically filed the above and foregoing document entitled **DECLARATION OF KIMBERLY P. STEIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

*/s/Ronnielyn Abrera*
An employee of Flangas Law Group