**FLANGAS LAW GROUP**
KIMBERLY P. STEIN
Email: kps@fdlawlv.com
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
MATTHEW D. STACHEL (pro hac vice)
1313 North Market Street, Suite 806
Wilmington, DE 19801-0032
Telephone:    302.655.4410
mstachel@paulweiss.com

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
ANDREW J. EHRLICH (pro hac vice)
DANIEL S. SINNREICH (pro hac vice)
KEVIN P. MADDEN (pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone:    212.373.3000
aehrlich@paulweiss.com
dsinnreich@paulweiss.com
kmadden@paulweiss.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MARATHON DIGITAL HOLDINGS DERIVATIVE LITIGATION | Case No. 2:23-cv-01055-RFB-BNW<br><br>**MOTION TO WITHDRAW AND BE REMOVED AS ATTORNEY OF RECORD AND ORDER** |

Kimberly P. Stein, of the law firm of Flangas Law Group, attorneys for defendants Antoun, DeNuccio, Gallagher, James, Leupp, Mellinger, Okamoto, Ouissal, Salzman, and Thiel, and Nominal Defendant MARA Holdings, Inc., f/k/a Marathon Digital Holdings Inc. ("Marathon" or the "Company," and collectively, "Defendants"), hereby files this Motion for Andrew J. Ehrlich to Withdraw or be Removed as Attorney of Record as Andrew J. Ehrlich ("Mr. Ehrlich").

The basis for this Motion is that Mr. Ehrlich will depart Paul, Weiss, Rifkind, Wharton & Garrison LLP, as of May 31, 2026, and will no longer be associated with this case, Case No. 2:23-cv-01055-RFB-BNW. Yet, Defendants continue to be represented by the law firms of Flangas Law Group; and Paul, Weiss, Rifkind, Wharton & Garrison LLP. As such, Mr. Ehrlich no longer needs to receive any further notification in this proceeding.

WHEREFORE, Kimberly P. Stein, Esq. requests that this Court enter its order allowing Mr. Ehrlich to withdraw and be removed as attorney of record and remove Mr. Ehrlich from future CM/ECF notices as generated by the United States District Court for the District of Nevada based on his email aehrlich@paulweiss.com.

Dated this 29th day of May 2026.

**FLANGAS LAW GROUP**

By: */s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8495
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
*Attorney for Defendants*

**ORDER**

IT IS SO ORDERED:

DATED:  June 1, 2026

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 29th day of May, 2026, that I electronically filed the above and foregoing document **MOTION FOR ANDREW J. EHRLICH TO WITHDRAW OR BE REMOVED AS ATTORNEY OF RECORD AND ORDER** using the CM/ECF system which will send a notice of electronic filling to all CM/ECF registrants.

Dated: May 29, 2026

*/s/Ronnielyn Abrera*
An employee of Flangas Law Group